# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | |
| | : | |
| Emma L. Perkins | : | Case No.:  15-43175 |
| | : | Chapter 13 |
| Debtor. | : | Judge Carol A. Doyle |
| | : | * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE

Now comes Nationstar Mortgage LLC ("Movant") by and through counsel, and hereby withdraws its Response to Notice of Final Cure which was filed in this Court on January 24, 2019.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

16-002078_CJP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of

Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S.
Dearborn Street, Room 873, Chicago, IL 60604

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603

Veronica D Joyner, Attorney for  Emma L. Perkins, Joyner Law Office, 120 South State
Street, Suite 200, Chicago, IL  60603, vdjoyner@joynerlawoffice.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January __24__,
2019:

Emma L. Perkins and Beverly Perkins, 808 N. Lorel, Chicago, IL  60651

Emma L. Perkins and Beverly Perkins, 808 North Lorel Avenue, Chicago, IL 60651

/s/ Todd J. Ruchman

16-002078_CJP